# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 798 MAL 2018

              Respondent         :

                             :  Petition for Allowance of Appeal from

                             :  the Order of the Superior Court

            v.                  :

                             :

KYLE J. STEVENS,              :

                             :

              Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.